UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANASTASIA CHRISTINA WLADYSIAK,

        Plaintiff,                      Case No. 11-14494

                                          Paul D. Borman
                                          United States District Judge
v.

                                          Michael Hluchaniuk
                                          United States Magistrate Judge

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.
_____/

ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION (ECF NO. 16),
(2) GRANTING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 9),
(3) DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT (ECF NO. 14), and
(4) REMANDING FOR FURTHER PROCEEDINGS

On March 14, 2013, Magistrate Judge Michael Hluchaniuk issued a Report and Recommendation to grant Plaintiff's motion for summary judgment (ECF No. 9), deny Defendant's motion for summary judgment (ECF No. 14), REVERSE the findings of the Commissioner and REMAND for further proceedings. (ECF No. 16, Report and Recommendation.)

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS Plaintiff's motion for summary judgment, DENIES Defendant's motion for summary judgment, REVERSES the findings of the Commissioner, and REMANDS this

1

matter pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation.

IT IS SO ORDERED.

                                            s/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

June 10, 2013

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on June 10, 2013.

                                            s/Deborah R. Tofil
                                            Deborah R. Tofil